IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADVANCE CAPITAL PARTNERS, LLC : CIVIL ACTION
and LIZA PRICE
:
v.
:
BELA ROSSMANN     NO.  09-3467

## CIVIL JUDGMENT

AND NOW, this 9th day of November, 2011, after a Bench Trial before the undersigned, and in accordance with the Memorandum of Decision filed this date,

**IT IS ORDERED**

that **JUDGMENT** be and the same is hereby entered against defendant and in favor of: (1) plaintiff Liza Price in the amount of $46,300; and (2) plaintiff Advance Capital Partners, LLC in the amount of $64,000.

BY THE COURT:

/s/  Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge